## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **BRIAN S. PARTRIDGE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO.  05-146-GPM** |
| | ) | |
| **GRAFTON FERRY BOAT COMPANY, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court on the Stipulation for Dismissal with prejudice (Doc. 22) filed by the parties.

**IT IS ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the Stipulation for Dismissal filed January 26, 2006, this action is **DISMISSED with prejudice**.  The parties shall bear their own costs.

**DATED**:  01/31/06

NORBERT G. JAWORSKI, CLERK


By:  s/ Linda M. Cook
             Deputy Clerk


APPROVED:  s/ G. Patrick Murphy
                   G. PATRICK MURPHY
                   CHIEF U.S. DISTRICT JUDGE